ISIDOR ROSOFF, Appellant, v. JOSEPH BRETTAUER, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Petition of NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, to Vacate Assessment for South Street Paving from Whitehall to Corlear Street, City of New York, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

BIRD S. COLER, as Commissioner of Charities of the City of New York on Complaint of EVA MEYER, Respondent, v. FRANK KOUDELKA, Appellant.— Motion to dismiss appeal granted unless appellant complies with terms stated, in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. L. M. BERKELEY, Appellant, v. JOHN H. SERVIS, as Clerk, etc., Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN W. BIRMINGHAM, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HAGEDORN REALTY CORPORATION, Appellant, v. FRANK MANN and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ISRAEL BRUDNER, an Infant, etc., Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. MARX, Respondent, v. SAMUEL S. WHITEHOUSE and Others, Appellants.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

KATHRYN L. POWERS, Respondent, v. RAY M. POWERS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of FRANK TREADWELL, Appellant, v. WILLIAM ABRAMSON, Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.